1
2
3
4
5
6
7

United States District Court

Eastern District of California

Reno Fuentes Rios,

     Petitioner,                    No. Civ. S 05-1525 MCE PAN P

  vs.                              Order

Warden of CSP-SAC,

     Respondent.

-oOo-

    The instant petition seeks leave to file a second or successive habeas petition challenging the same conviction as that challenged in case number 04-0017 MCE PAN P.  Petitioner must request such leave from the court of appeals.  28 U.S.C. §§ 2244(b)(2) & (3).  The Clerk of the Court shall close this file.

    Dated:  November 22, 2005.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge