IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENO FUENTES RIOS,

    Petitioner,                    No. CIV S-05-1525 MCE PAN P

    vs.

WARDEN of CSP-SAC,

    Respondent.               ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 23, 2005, an order was entered in this court closing this case because petitioner sought leave to file a second or successive habeas petition challenging the same conviction as that challenged in case number 04-0017 MCE PAN P, and petitioner failed to first seek leave from the court of appeals. 28 U.S.C. §§ 2244(b)(2) & (3). On March 14, 2006, petitioner filed a motion for certificate of appealability and a notice of appeal. The motion and appeal were signed March 8, 2006 and presented to prison authorities for mailing on March 8, 2006.

        Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R .App. P. 22(b). Federal Rule of Appellate Procedure 22(b) requires

1

1  the district court judge who rendered a judgment denying such petition to "either issue a
2  certificate of probable cause or state the reasons why such a certificate should not issue."
3        The timely filing of a notice of appeal is a jurisdictional requirement. Scott v.
4  Younger, 739 F.2d 1464, 1466 (9th Cir. 1984). Here, the time limit for filing a notice of appeal
5  following entry of an order is thirty days. See Fed. R. App. P. 4(a). Petitioner's notice of appeal
6  in this action was filed more than thirty days after entry of the order petitioner seeks to appeal.
7        The United States Court of Appeals for the Ninth Circuit has held that the
8  issuance of a certificate of probable cause cannot vest the court of appeals with jurisdiction if
9  jurisdiction is not proper in that court. Hayward v. Britt, 572 F.2d 1324, 1325 (9th Cir. 1978).
10 The rationale of Hayward applies with equal force to a certificate of appealability. For these
11 reasons, the court declines to issue a certificate of appealability.
12       IT IS SO ORDERED.
13 DATED: April 20, 2006

                                      _____
                                      MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE